UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CESAR CASTILLO-VACA,<br><br>    Defendant. | CASE NO. CR14-5001BHS<br><br>ORDER |

This matter comes before the Court on the Defendant's stipulated motion to continue the trial date. The Court has considered the stipulated motion, the declaration of defense counsel in support of the motion and the Defendant's speedy trial waiver and makes the following findings of fact and conclusions of law:

1. Discovery in this case is on-going, and the defense has been notified that the government intends to file a superseding indictment.

2. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to substantially ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER - 1

3. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

4. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

5. Defendant waived speedy trial through June 12, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from February 25, 2014, to May 13, 2014, at 9:00 a.m. Pretrial Conference is set for May 7, 2014, at 1:30 p.m. The resulting period of delay from February 14, 2014, to May 13, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated this 20th day of February, 2014.

BENJAMIN H. SETTLE
United States District Judge